# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HENRY E. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-cv-00781-W |
| | ) |
| GROUND ZERO SHELTERS, CO., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss this case with prejudice, with each party to bear its own fees and costs (including those of attorneys and experts).

Respectfully submitted,

s/ J. Derek Ingle
J. Derek Ingle, OBA No. 16509
E. TERRILL CORLEY & ASSOCIATES
1809 East 15th Street
Tulsa, OK 74101-4610
Telephone:   (918) 744-6641
Facsimile:   (918) 747-4921
***Attorney for Plaintiff Henry Brown***

s/ C. Eric Shephard
*(signed by filing attorney with permission)*
C. Eric Shephard, OBA No. 22299
FELLERS, SNIDER, BLANKENSHIP,
  BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone:   (405) 232-0621
Facsimile:   (405) 232-9659
***Attorneys for Defendant Ground Zero Shelters, Co.***